

**FILED**

09/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0507





## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 23 - 0507

Joshua Robert Parocai,

        Petitioner,

  v.

Jim Salmonsen,

        Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: September 8, 2023.

_Bowen Greenwood_

_____
BOWEN GREENWOOD
Clerk of the Supreme Court